IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ABRAHAM PREQUERA, § | |
|     *Plaintiff,* § | |
| § | |
| V. § | Civil Action No. 5:15-cv-532-XR |
| § | |
| RONALD JOSEPH KNEELAND and § | |
| WAL-MART TRANSPORTATION, LLC § | |
|     *Defendants*. § | |

### RULE 41(a) STIPULATION OF DISMISSAL OF CLAIMS AGAINST RONAD JOSEPH KNEELAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Abraham Prequera, and files this Stipulation of Dismissal with Prejudice of all claims against Ronald Joseph Kneeland pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and would show onto the Court the following:

1. Plaintiff hereby stipulates that his causes of action against Defendant Ronald Joseph Kneeland will be dismissed with prejudiced.

    Respectfully submitted,

    **HIGDON LAWYERS**
    601 Sawyer, Suite 210
    Houston, Texas 77007
    713/223-7300
    713/223-7331 (Facsimile)

By: _____
    Paul Higdon
    State Bar No. 09590700

**ATTORNEY FOR PLAINTIFF**

- 2 -

**Agreed:**

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 (Facsimile)

By: _____
Lynn S. Castagna
State Bar No. 03980520
Federal ID No. 21871
Lynn@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**